■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH FARINO, Appellant. [825 NYS2d 378]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 8, 2005 (*People v Farino*, 21 AD3d 427 [2005]), affirming a judgment of the County Court, Suffolk County, rendered April 4, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Miller, J.P., Krausman, Spolzino and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH L. FORTE, Appellant. [828 NYS2d 430]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Bellantoni, J.), rendered June 15, 2005, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

With certain exceptions not applicable herein, the ameliorative provisions of the Drug Law Reform Act (L 2004, ch 738, § 41 [d-1]; hereinafter the Act) were not to be applied to crimes committed before the effective date of the Act. Here, the defendant committed the instant offense before the effective date of the Act. Accordingly, the court properly determined that the defendant was not entitled to the ameliorative provisions of the Act (*see People v Utsey*, 7 NY3d 398 [2006]). Miller, J.P., Krausman, Spolzino, Fisher and Dillon, JJ., concur.